NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JAMES R. WELCOME,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE NAVY,**
*Respondent.*

---

2013-3093, -3094

---

Petitions for review of the Merit Systems Protection Board in Nos. AT0752120317-I-1 and AT0752120469-I-1.

---

**ON MOTION**

---

**O R D E R**

James R. Welcome moves without opposition to consolidate the above-captioned cases.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The revised official caption is reflected above.

JAMES WELCOME v. NAVY                                        2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s24